JAMES et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 12, 1921.) No. 5797. In Error to the District Court of the United States for the Western District of Arkansas. Jeptha H. Evans and Charles I. Evans, both of Booneville, Ark., for plaintiffs in error. J. S. Holt, U. S. Atty., of Fort Smith, Ark., for the United States.

PER CURIAM. Judgment and sentence reversed, without costs to either party in this court, and remanded, with directions to discharge defendants, etc., pursuant to stipulation of parties.

---

KOERNER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 31, 1922.) No. 6022. In Error to the District Court of the United States for the Eastern District of Missouri. Hamp Rothwell, of St. Louis, Mo., for plaintiff in error. Vance J. Higgs, Sp. Asst. Atty. Gen., for the United States.

PER CURIAM. Writ of error docketed and dismissed under rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of counsel for defendant in error.

---

LAIRD v. NOLEN. (Circuit Court of Appeals, Eighth Circuit. December 12, 1921.) No. 5792. Appeal from the District Court of the United States for the Eastern District of Arkansas. T. A. Turner, of Jonesboro, Ark., for appellant. F. C. Mullinix, of Jonesboro, Ark., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee, for want of prosecution.

---

THE LEHIGH. (Circuit Court of Appeals, Second Circuit. February 20, 1922.) No. 206. Appeal from the District Court of the United States for the Southern District of New York. Libel in admiralty by the Lehigh Coal & Navigation Company against the steam tug Lehigh, of which the Lehigh Valley Transportation Company was claimant. Decree for respondent, and libelant appeals. Affirmed. Duncan & Mount, Stephen C. Fordham, and Henry W. Nichols, 3d, all of New York City, for appellant. Harrington, Bigham & Englar, L. J. Matteson, and C. W. Hagen, all of New York City, for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.

---

LIMBERG v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 12, 1921.) No. 5823. In Error to the District Court of the United States for the Western District of Arkansas. T. S. Osborne, of Ft. Smith, Ark., for plaintiff in error. S. S. Langley, U. S. Atty., of Ft. Smith, Ark., for the United States.

PER CURIAM. Judgment reversed, without costs to either party in this court, and remanded, with directions to dismiss, etc., per stipulation of parties.

---

MARCUCCI v. UNITED CAN CO., Inc. (Circuit Court of Appeals, Second Circuit. March 27, 1922.) No. 237. Appeal from the District Court of the United States for the Eastern District of New York. Suit in equity by Cesare Marcucci, doing business as the National Tin Can Manufacturing Company, against the United Can Company, Inc. From a decree (278 Fed. 741) granting a motion for preliminary injunction. defendant appeals. Affirmed. Harry Aaron, of New York City (Irwin J. Sikawitt, of New York City, of counsel), for appellant. Fritz Ziegler, Jr., of New York City (Hans v. Briesen, of New York City, of counsel), for appellee. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.